# KIMMEL & SILVERMAN
## P.C.

CRAIG THOR KIMMEL [+,^]
ROBERT M. SILVERMAN [+,*,x]

[+] *Member, PA Bar*
[*] *Member, NJ Bar*
[x] *Member, DE Bar*
[-] *Member, NY Bar*
[^] *Member, MA Bar*
[#] *Member, MD Bar*
[♦] *Member, OH Bar*
[§] *Member, MI Bar*
[¤] *Member, NH Bar*
[=] *Member, CT Bar*
[~] *Member, TN Bar*
[µ] *Member, WY Bar*
[¥] *Member, DC Bar*
[e] *Member, CA Bar*
[°] *Member WI Bar*
[»] *Member TX Bar*
[∞] *Certified by the New Jersey Supreme Court as a Civil Trial Attorney*

TIMOTHY J. ABEEL, JR. [+,*]
AMY L. BENNECOFF [+,*,#,µ,e]
W. CHRISTOPHER COMPONOVO [x,#]
FRED DAVIS [+,*,~,∞,»]
JOSEPH L. GENTILCORE [+,*]
JACOB U. GINSBURG [+,*]
JACQUELINE C. HERRITT [+,*,#,=,°]
CHRISTOPHER J. KELLEHER [+,*,-]
TARA L. PATTERSON [+]
ROBERT A. RAPKIN [+]
CHRISTINA GILL ROSEMAN [+,♦,§,°]
RICHARD A. SCHOLER [+,*]
ANGELA K. TROCCOLI [*,¤,±]
ALFRED J. TUMOLO III [+,*]

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA,** 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001
Please reply to CORPORATE HEADQUARTERS

July 30, 2013

*via ECF*

Honorable Malachy E. Mannion
United States District Court
    for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18501

      **Re:   Michele Giacomo v. Diversified Adjustment Service, Inc.**
            **Civil Action No. 3:13-cv-00907-MEM**

Dear Judge Mannion:

    Our firm, Kimmel & Silverman, P.C., represents Plaintiff, Michele Giacomo, in the above-referenced action. I am writing to advise that the parties have reached a settlement in this matter and are finalizing the terms of the release. Plaintiff will be filing a stipulation of dismissal within the next ten (10) days.

    Currently, a Case Management Conference has been scheduled for Wednesday, July 31, 2013, at 11:00 a.m. Respectfully, Plaintiff requests that this conference be adjourned since this matter has been resolved and there are no issues remaining for the Court's consideration.

Thank you for your attention to this request. If you have any questions, please do not hesitate to contact me at (215) 540-8888 ext. 148.

Sincerely,

*/s/ Craig Thor Kimmel*

CRAIG THOR KIMMEL

cc:   Richard J. Perr, Counsel for Defendant (*via* ECF only)

*"When Debt Collectors called you, they never expected you to call us"*
© *Copyright 2009-2012 All Rights Reserved, Kimmel & Silverman, P.C.*